**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00759-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| DAVID CARACHURI-TERRAZAS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Wednesday, April 8, 2026 at 11:30 a.m. be vacated and continued to May 19, 2026 at the hour of 10:30 a.m.

DATED this 10th of March 2026.

_____
UNITED STATES MAGISTRATE JUDGE